UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

AUG 2 0 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. **4:20CR00421 HEA/NCC** |
| TREMAYNE SILAS, | ) ) ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about February 6, 2020, in the Eastern District of Missouri,

**TREMAYNE SILAS,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more felony crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
PAUL J. D'AGROSA (#36966MO)
Assistant United States Attorney